| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | ALBERT B. SAMBAT (CABN 236472)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-7129 |
| 7 | Facsimile: (415) 436-7234<br>Email: albert.sambat2@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>LARRY EUGENE MONK,<br><br>　　　Defendant. | No. CR 07-MJ-70720<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

　　　PLEASE TAKE NOTICE that the United States, through Albert B. Sambat, Special Assistant United States Attorney, hereby appears in this matter in substitution of Gregg Lowder.

DATED:　　December 5, 2007　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Albert B. Sambat_
　　　　　　　　　　　　　　　　　　　　　　　ALBERT B. SAMBAT
　　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney