1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
8  E-Mail: albert.sambat2@usdoj.gov

9  Attorneys for Plaintiff

**FILED**

DEC 1 4 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-MJ-70720 |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER AND |
| v. ) | STIPULATION EXCLUDING TIME FROM DECEMBER 13, 2007 TO |
| LARRY EUGENE MONK, ) | DECEMBER 20, 2007 |
| Defendant. ) | |

The parties appeared before the Honorable Maria Elena-James on December 13, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from December 13, 2007 to December 20, 2007. The parties are awaiting a the disposition involving a finalized plea agreement between the defendant and the U.S. Attorney's Office in the Western District of Texas that could result in a possible transfer of the case into the Northern District of California. The exclusion of time is appropriate under 18 U.S.C. §

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-MJ-70720

3161(h)(1)(G).

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 13, 2007 to December 20, 2007 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 13, 2007 to December 20, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(1)(G).

IT IS SO STIPULATED.

DATED: 12/13/07

/s/
ANN C. MOORMAN
Counsel for Larry Eugene Monk

DATED: 12/13/07

/s/
ALBERT B. SAMBAT
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 12-14-07

THE HON. MARIA-ELENA JAMES
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-MJ-70720                               2