| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 03 | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lili M. Harrell | REPORTER/FTR<br>FTR 10:02am -10:05am | |
| MAGISTRATE JUDGE<br>Elizabeth D. Laporte | DATE<br>January 11, 2008 | NEW CASE<br>☐ | CASE NUMBER<br>07-70720 NJV |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Larry Eugene Monk | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Anne Moorman | | PD. ☐ RET. ☒<br>APPT. ☐ |
| U.S. ATTORNEY<br>Albert Sambat | | INTERPRETER | | ☐ FIN. AFFT<br>SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☒ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

| ARRAIGNMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

FILED JAN 11 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| RELEASE | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | PASSPORT SURRENDERED<br>DATE: |

| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | |
|---|---|

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | | OTHER: |

| CONTINUANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TO:<br>2/5/08 | ☐ | ATTY APPT HEARING | ☐ | BOND HEARING | ☐ | STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET |
| AT:<br>9:30am | ☐ | SUBMIT FINAN. AFFIDAVIT | ☐ | PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ | CHANGE OF PLEA | ☒ | OTHER<br>Status re Rule 20 |
| BEFORE HON.<br>James | ☐ | DETENTION HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☒ | TIME WAIVED | ☒ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ | IDENTITY / REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| Parties inform the Court of the impending Rule 20 disposition. Govt to prepare order re time exclusion. |

cc: Brenda