**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS



William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

January 16, 2008

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

RECEIVED
JAN 2 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE:  WDTX. No. A-92-CR-002 (1) JRN
     USA v. Larry Eugene Monk      1:07-70720

Dear Clerk:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following:

__X__  Certified copy of the Indictment

__X__  Certified copy of Consent of Defendant to Plea & Transfer

__X__  Certified copy of docket sheet

Please acknowledge receipt on the copy of this letter and return in the enclosed envelope.

Very truly yours,

Mary Chouinard
Deputy Clerk

Enc.
cc:   U.S. Attorney - Austin, TX

Receipt is acknowledged by:            Clerk, U.S. District Court

Date: _____                  by: _____
                                            Deputy Clerk

**U.S. Department of Justice**            Rule 20 -- Transfer Notice

| To: Johnny Sutton, United States Attorney<br><br>Gerald Carruth, Assistant United States Attorney | District<br>Western District of Texas | Date<br>1/8/2008 |
|---|---|---|
| Name of Subject:<br>LARRY EUGENE MONK, A 92 CR 002 | Statute Violated<br>18 U.S.C. Section 922(g)(1) | File Data *(Initials and Number)*<br>January 7, 1992 |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
    Date of Plea         Date of Sentence         Sentence

| From (Signature and Title)<br>*[signature]*<br>JOSEPH P. RUSSONIELLO, U.S. ATTORNEY | Address | United States Attorney's Office<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102-3495 |
|---|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
                      on        at        o'clock

*(Kindly notify me of any anticipated delay)*

☒ Enclosed are two certified copies of indictment or information     Docket No. A-92-CR-002

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature (Name and Title)<br>*[signature]*<br>Gerald C. Carruth, Assistant U.S. Attorney | District<br>Western Dist. of Texas | Date<br>January 16, 2008 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
Replaces OBD-101, Fed. 83 edition may be used

A true copy of the original, I certify
WILLIAM G. PUTNICKI
Clerk, U. S. District Court

*[signature]*
Deputy Clerk

FORM USA-231
NOV. 85

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

FILED
2008 JAN 16 AM 10: 32
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

for the __WESTERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA

V.

LARRY EUGENE MONK

CRIMINAL NUMBER: A 92 CR 002

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, __LARRY EUGENE MONK__, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead __guilty__ to the offense charged, to consent to the disposition of the case in the __NORTHERN__ District of __CALIFORNIA__ in which I, __am held__, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 1/11 20__ at San Francisco

_Larry Eugene Monk_
(Defendant)

_[signature]_
(Witness)

_[signature]_
(Counsel for Defendants)

_Gerald C. Carruth_
(Assistant United States Attorney)

Approved

_[signature]_
JOSEPH P. RUSSONIELLO
United States Attorney for the
__NORTHERN__ District of
__CALIFORNIA__

_Gerald C. Carruth, AUSA_
for JOHNNY SUTTON
United States Attorney for the
__WESTERN__ District of
__TEXAS__

UNITED STATES OF AMERICA      §
                              §
                              §
WESTERN DISTRICT OF TEXAS     §

    I, WILLIAM G. PUTNICKI, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer to the United States District Court, Northern District of California, San Francisco Division, pursuant to a Consent to Transfer of Case for Plea and Sentence (Under Rule 20) filed January 16, 2008, all the original papers filed and orders entered, together with a certified copy of the transferring order and docket entries in the case entitled: UNITED STATES OF AMERICA VS. Larry Eugene Monk, Criminal No. A-92-CR-002 JRN.

    IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid Court at Austin, Texas, this 16th day of January, 2008.

WILLIAM G. PUTNICKI, CLERK

By: _____
    Deputy Clerk

CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CRIMINAL DOCKET FOR CASE #: 1:92-cr-00002-JRN-1

Case title: USA v. Monk

Date Filed: 01/07/1992
Date Terminated: 01/16/2008

Assigned to: Judge James R. Nowlin

**Defendant (1)**

**Larry Eugene Monk**
*TERMINATED: 01/16/2008*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) Possession of Firearm By Convicted Felon. (1) | Rule 20 transfer to Northern District of California |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/1992 | 1 | Indictment filed against Larry Eugene Monk (1) count(s) 1 (fe) (Entered: 01/09/1992) |

| 01/07/1992 | 2 | Order bench warrant issued for Larry Eugene Monk (fe) (Entered: 01/09/1992) |
| --- | --- | --- |
| 01/07/1992 |   | bench warrant issued for Larry Eugene Monk (fe) (Entered: 01/09/1992) |
| 01/16/2008 | 3 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Northern District of California (mc2, ) (Entered: 01/16/2008) |

a true copy of the original, I certi~,
WILLIAM G. PUTNICKI
Clerk, U. S. District Court

Deputy Clerk

```
                    UNITED STATES DISTRICT COURT           FILED
                     WESTERN DISTRICT OF TEXAS
                         AUSTIN DIVISION              JAN 7  1 41 PM '92
```

UNITED STATES OF AMERICA,     )   A 92      CR     002
                              )   CRIMINAL NO.
            Plaintiff,        )
                              )   I N D I C T M E N T    DEPUTY
v.                            )
                              )   [Violation: 18 U.S.C.
LARRY EUGENE MONK,            )   § 922(g)(1) - Possession
                              )   of Firearm by Convicted
            Defendant.        )   Felon]

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 922(g)(1)]

On or about May 13, 1991, in the Western District of Texas, the Defendant,

LARRY EUGENE MONK,

having been previously convicted of a felony offense punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely, a Colt, Government Model, .45 caliber pistol, serial number 70B10131, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREMAN

RONALD F. EDERER
UNITED STATES ATTORNEY

By: _____
GERALD C. CARRUTH
Assistant U. S. Attorney

A true copy of the original, I certify
WILLIAM G. PUTNICKI
Clerk, U. S. District Court

_____
Deputy Clerk

1.

**U.S. Department of Justice**
*United States Attorney*

FILED

# United States District Court
# Western District of Texas

JAN 7  1 41 PM '92

U.S. CLERKS OFFICE
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | A 92 CR 002 |
| vs. | NO. _____ |
| LARRY EUGENE MONK | |

## ORDER FOR BENCH WARRANT
## AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant(s), it is hereby ORDERED that warrant issue for the arrest of said defendant(s), and bail is hereby fixed in the amount(s) shown below, returnable instanter to the  Austin, Texas  Division of this Court, such bail to be taken by any United States Magistrate.

| Defendant | Amount of Bail |
|---|---|
| LARRY EUGENE MONK | Detain |

ENTERED at  AUSTIN , Texas, this  7TH  day of  JANUARY , 19 92 .

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

* true copy of the original, I certify
WILLIAM G. PUTNICKI
Clerk, U. S. District Court

_____
Deputy Clerk

WDT-CR-9

-7

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

WESTERN _____ DISTRICT OF _____ TEXAS

UNITED STATES OF AMERICA
V.

LARRY EUGENE MONK
810 James Street
Austin, Tx

**WARRANT FOR ARREST**

CASE NUMBER: A 92 CR 002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LARRY EUGENE MONK _____
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate to answer a(n)

[XX] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Possession of Firearm by Convicted Felon

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___

| CHARLES W. VAGNER | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer<br>Margarita Chairez-Herrington<br>Deputy | 01/07/92, Austin, Texas<br>Date and Location |

Bail fixed at $ ___DETAIN___ by ___Stephen H. Capelle, U.S. Magistrate___
<sub>Name of Judicial Officer</sub>

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

COUNTY: TRAVIS                                                             JUDGE: Nowlin

DATE: January 7, 1992         MAG. CT. # _____         SSN 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
                                                            F.B.I. # _____

CASE NO. _____           ASSISTANT U.S. ATTORNEY: GERALD C. CARRUTH

DEFENDANT: LARRY EUGENE MONK                  DATE OF BIRTH: 09-27-46

ADDRESS: 810 James Street, Austin, Texas

CITIZENSHIP:  United States [x]   Mexican [ ]   OTHER [ ]

INTERPRETER NEEDED:  Yes [ ]   No [x]   Language _____

DEFENSE ATTORNEY: _____                                  Employed [ ]

ADDRESS OF ATTORNEY: _____                               Appointed [ ]

DEFENDANT IS:  In Jail [ ]   WHERE: _____

               On Bond [ ]   Amt. of Bond _____   Where: _____

DATE OF ARREST: _____                    BENCH WARRANT NEEDED [x]

PROBATION OFFICER _____

NAME AND ADDRESS OF SURETY: _____

YOUTH CORRECTIONS ACT APPLICABLE:    Yes [ ]    No [x]

PROSECUTION BY:       INFORMATION [ ]    INDICTMENT [x]

OFFENSE: (Code & Description) Count One - 18 U.S.C. 922(g)(1), Possession of Firearm by convicted felon

OFFENSE IS          FELONY [x]          MISDEMEANOR [ ]

MAXIMUM SENTENCE: 10 years / $250,000 fine / 3 years supervised release / $50 special assessment

PENALTY IS MANDATORY:         Yes [x]      No [ ]
                              as to special assessment

REMARKS: Dale Littleton, ATF - 482-5333

WDT-Cr-3